IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY PARRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| TORRES CREDIT SERVICES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Torres Credit Services, Inc. ("TCS" or "Defendant") hereby files its Notice of Removal of the above-captioned case to this Court and, and in support of removal, respectfully states as follows:

1. TCS is named as defendant in Civil Action No. 12SL-AC18615 filed in the Circuit Court of St. Louis County, Missouri, Associate Division, styled <u>Kimberly Parron v. Torres Credit Services, Inc.</u> (the "State Court Action").

2. According to the Petition in the State Court Action, Plaintiff Kimberly Parron is an individual residing in St. Louis County, Missouri.

3. TCS is a Pennsylvania corporation with its principal place of business located in Carlisle, Pennsylvania.

4. The Petition in the State Court Action was filed with the Clerk of the Circuit Court of St. Louis County on or about May 30, 2012. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A.**

5. In the State Court Action, Plaintiff alleges that Defendant violated a federal statute, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. ("FDCPA").

6. Any civil action is removable if the plaintiff could have originally brought the action in federal court. See 28 U.S.C. § 1441(a).

7. Under 28 U.S.C. § 1331 this Court has original federal question jurisdiction over Plaintiff's FDCPA claim.

8. Accordingly, pursuant to 28 U.S.C. § 1441(b), Defendant has the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

9. Defendant was formally served with the Summons and Petition on June 28, 2012. This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

10. By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, which it may possess. Defendant also does not concede that Plaintiff has stated a claim against it.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Circuit Court for the County of St. Louis, Missouri, to the United States District Court for the Eastern District of Missouri.

DATED this 20th day of July, 2012.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733  (telephone)
(314) 862-4656  (facsimile)
jdickinson@spencerfane.com
pmclaughlin@spencerfane.com

*Attorneys for Defendant*

OM 200068.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was mailed this 20th day of July, 2012, first class postage prepaid to:

James W. Eason
Richard A. Voytas
Eason & Voytas, LLC
One North Taylor Avenue
St. Louis, MO 63108

*Attorneys for Plaintiff*

/s/ Joshua C. Dickinson

OM 200068.1